McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone:  (559) 498-7272

IN THE   UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. F. 05-00190 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | HEARING |
| v. | ) | |
| | ) | |
| BEN ALEX PAIZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STANLEY A. BOONE, Assistant United States Attorney for Plaintiff and PATIENCE MILROD, attorney for defendant, that the hearing presently set for August 1, 2005, at 1:30 p.m., may be continued to August 15, 2005 at 1:30 p.m.

//
//
//
//
//

1

The parties also agree that time is excluded pursuant to the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for defendant's and his counsel preparation of his case and for continuity of counsel.  The defendant's counsel requested that the government prepare this stipulation as defendant's counsel is presently unavailable.

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: 7/27/05                By   /s/ Stanley A. Boone
                                            STANLEY A. BOONE
                                            Assistant U.S. Attorney


DATE: 7/27/05                 By   /s/ Patience Milrod
                                            PATIENCE MILROD
                                            Attorney for Ben Alex Paiz

**ORDER**

    IT IS SO ORDERED.

                                        /s/ OLIVER W. WANGER
DATED: August 2, 2005            _____
                                        OLIVER W. WANGER
                                          U.S. District Judge