1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for BEN ALEX PAIZ

**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

*Stipulation to continue hearing*                                                                                                              *1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

| UNITED STATES OF AMERICA, | ) | Case No. CR-F-05-00190 OWW |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION TO CONTINUE** |
| vs. | ) ) | **HEARING and ORDER** |
| BEN ALEX PAIZ, | ) ) ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STANLEY A. BOONE, Assistant United States Attorney for Plaintiff and PATIENCE MILROD, attorney for defendant BEN ALEX PAIZ, that the hearing presently set for October 17, 2005, at 1:30 p.m., may be continued to October 31, 2005 at 1:30 p.m.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

The parties request this continuance of the hearing in order to permit settlement discussions.

The parties also agree that time is excluded pursuant to the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for defendant's and his counsel's preparation of his case, and for continuity of counsel.

    IT IS SO STIPULATED.

Dated:    October 12, 2005                 _____/s/ Patience Milrod_____
                                                       PATIENCE MILROD
                                                       Attorney for MICHAEL RICHARDSON

Dated: October 12, 2005                    McGREGOR W. SCOTT
                                                      United States Attorney

                                                       _____/s/ Stanley Boone_____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

            By STANLEY BOONE
            Assistant United States Attorney

### [PROPOSED] ORDER ON STIPULATION

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED  that that the hearing presently set for October 17, 2005, at 1:30 p.m., may be continued to October 31, 2005 at 1:30 p.m.  The October 17, 2005 hearing date is hereby vacated.

IT IS SO ORDERED.

Dated: 10/12/05

            /s/Oliver W. Wanger
            HON. OLIVER W. WANGER
            Judge of the Eastern District