1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for BEN ALEX PAIZ

**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

*Stipulation to continue hearing*     *1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

| UNITED STATES OF AMERICA, | ) | Case No. CR-F-05-00190 OWW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **HEARING and ORDER** |
| vs. | ) | |
| | ) | |
| BEN ALEX PAIZ, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STANLEY A. BOONE, Assistant United States Attorney for Plaintiff and PATIENCE MILROD, attorney for defendant BEN ALEX PAIZ, that the hearing presently set for October 31, 2005, at 1:30 p.m., may be continued to November 14, 2005 at 1:30 p.m.

*Stipulation to continue hearing* 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

The parties request this continuance of the hearing in order to allow the government to investigate the possibility of globally settling both the instant case and the violation of supervised release charge also pending.

The parties also agree that time is excluded pursuant to the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for defendant's and his counsel's preparation of his case, and for continuity of counsel.

    IT IS SO STIPULATED.

Dated:  October 25, 2005                  /s/ Patience Milrod
                                                  PATIENCE MILROD
                                                  Attorney for MICHAEL RICHARDSON

Dated:  October 25, 2005                  McGREGOR W. SCOTT
                                                  United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

        /s/ Stanley Boone
By STANLEY BOONE
Assistant United States Attorney

## ORDER ON STIPULATION

     Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

     IT IS HEREBY ORDERED  that that the hearing presently set for October 31, 2005, at 1:30 p.m., may be continued to November 14, 2005 at 1:30 p.m.  The October 31, 2005 hearing date is hereby vacated.

     IT IS SO ORDERED.

Dated:10/26/06

        /s/Oliver W. Wanger
HON. OLIVER W. WANGER
Judge of the Eastern District